IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| ANGELA SCHUNCEY RICHARSON, ADC #712575, | * * * | |
| Plaintiff, | * | |
| v. | * | No. 1:18cv00008-JJV |
| | * | |
| WENDY KELLEY, Director, Arkansas Department of Correction; *et al.*, | * * * | |
| Defendants. | * | |

# JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED. The case is closed. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith

SO ORDERED this 20th day of February 2019.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE